776

## No. 264. ESTATE OF NOSIK: NOSIK, Appellant, v. VLCAN-SKY, Respondent.

(Also reported in 221 N. W. 2d 920.)

The cause was submitted for the appellant on the briefs of *Rudolph L. Forrer* of Milwaukee, and *Willis J. Zick,* Waukesha County Corporation Counsel, and for the respondent on the brief of *Orth, Riedl & Orth* of Milwaukee.

The order is reversed and the cause remanded for further proceedings not inconsistent with this opinion.